

**ORDERED in the Southern District of Florida on October 16, 2020.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

In Re:

Arnella Smith

     Debtor
_____/

Case # 20-20141 BKC-SMG
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO
CONTINUE 11 USC 362 AUTOMATIC STAY [DE# 8]**

THIS MATTER having come on October 15, 2020, upon the "pre-hearing consent calendar" pursuant to the Debtor's Motion to Continue 11 USC 362 Automatic Stay [DE# 8] and the Court having heard argument of counsel, it is:

ORDERED AND ADJUDGED:

1. The motion to continue 11 USC 362 Stay is Granted.

2. The Court finds that the debtor has brought this case in good faith. The Bankruptcy Stay pursuant to 11 USC 362 shall be continued pending further Order of this Court.

####

Submitted by: John D. Bristol, Esq.
           1776 N. Pine Island Road, #224
           Plantation, Florida 33322

Attorney Bristol shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)